IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION (JACKSON)

**NUTRIEN AG SOLUTIONS, INC.**                                   **PLAINTIFF**

V.                                                               CASE NO. 3:23-cv-180-TSL-RPM

**TOM C. WOODARD, Individually and as Partner
Of GRAND OAK FARMS, Partnership, and
JOSEPH E. WOODARD, Individually and as
Partner of GRAND OAK FARMS, Partnership**       **DEFENDANTS**

## COMPLAINT

Nutrien Ag Solutions, Inc. ("Plaintiff" or "Nutrien") brings this action against Tom C. Woodard, Individually and as Partner of Grand Oak Farms ("Tom Woodard"), and Joseph E. Woodard, Individually and as Grand Oak Farms ("Joe Woodard"), and Grand Oak Farms partnership("Grand Oak Farms"), who are hereafter collectively referred to as "Defendants" and states as follows:

1. The Plaintiff, licensed to do business in the State of Mississippi, is an agricultural corporation organized and operating under the laws of the State of Delaware with its principal place of business located at 3005 Rocky Mountain Avenue, Loveland, Colorado, 80538.

2. Defendant, Grand Oak Farms, which is, upon information and belief, a Mississippi Partnership whose principal place of business, upon information and belief, is located at 1485 Grand Oak Road, Yazoo City, Mississippi, 39194, and whose partners are Tom Woodard, an individual domiciled in the State of Mississippi who may be served with process at 1485 Grand Oak Road, Yazoo City, Mississippi 39194, and Joseph E. Woodard, an individual domiciled in the State of Mississippi who may be served with process at 1476 Grand Oak Road, Yazoo City, Mississippi 39194.

598949

3. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1332, since the matter in controversy exceeds $75,000.00, and there is complete diversity of citizenship among the parties.

4. From time to time, Nutrien sold goods on open account to Grand Oak Farms for its farming business enterprise. On or about February 25, 2021, Joe Woodard executed a "Credit Agreement" on behalf of Grand Oak Farms to induce Nutrien to provide it services, sell and/or deliver merchandise on credit to same. Additionally, on or about February 25, 2021, Tom Woodard executed a "Terms Exception Agreement." In conjunction with Credit Application – Credit Agreement, both Tom Woodard and Joseph Woodard personally guaranteed the payment of any and all indebtedness owed by Grand Oak Farms to the Plaintiff. As such, Tom Woodard and Joseph Woodard are jointly and severally liable to the Plaintiff for all sums due Nutrien pursuant to the terms and conditions of the Account Documents ("Guaranty"). As of February 28, 2023, the outstanding balance due the Plaintiff was $481,226.28, which continues to accrue interest, fees and costs as they are permitted by the applicable Credit Application, as well as state and/or federal law ("Indebtedness"). Copies of the Credit Agreement, which incorporates the Guaranty, and Account History ("hereinafter collectively referred to as "Account Documents") are attached hereto and incorporated herein by reference as Collective Exhibit "A."

5. On or about February 15, 2023, counsel for Plaintiff sent Defendants demand letters, via certified and regular mails, requesting payment in full of the amount then due Nutrien, or $481,226.28, plus accruing interest and permitted fees and costs ("Demand Letters"). Copies of the Demand Letters and certified mail receipts are attached hereto and incorporated herein by reference as Collective Exhibit "B" without exhibits duplicative to that attached hereto.

6. Despite the referenced demand, the Defendants have failed to pay the Indebtedness due the Plaintiff as set forth in the Demand Letters and, as of February 28, 2023,

598949

the Defendants owe Plaintiff, jointly and severally, the sum of $484,134.88, plus accrued interest, thereafter, as well as any fees and expenses permitted by the Account Documents.

7.  An affidavit attesting to the correctness of the Indebtedness due Plaintiff as of February 28, 2023 is attached hereto and incorporated herein by reference as Exhibit "C."

WHEREFORE, PREMISES CONSIDERED, the Plaintiff demands judgment against Defendants, jointly and severally, in the amount of $484,134.88, both pre- and post-judgment interest and reasonable attorneys' fees, costs and interest to the extent allowed by law. The Plaintiff prays for other such general and specific relief as the court may deem just.

DATED, this the 10th day of March, 2023.

Respectfully submitted,

NUTRIEN AG SOLUTIONS, INC.

BY: /s/ D. Andrew Phillips
D. ANDREW PHILLIPS (MB #8509)
LAURA ELIZABETH N. FISHER (MS #106477)
MITCHELL, McNUTT & SAMS, P.A.
POST OFFICE BOX 947
OXFORD, MISSISSIPPI 38655-0947
(662) 234-4845

598949