## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION (JACKSON)

**NUTRIEN AG SOLUTIONS, INC.**                                         **PLAINTIFF**

**V.**                                       **CASE NO. 3:23-CV-180-TSL-RPM**

**JOSEPH E. WOODARD, Individually and as
Partner of GRAND OAK FARMS, Partnership
And GRAND OAK FARMS**                               **DEFENDANTS**

## MOTION FOR DEFAULT JUDGMENT

Nutrien Ag Solutions, Inc. ("Plaintiff" or "Nutrien") files its Motion for Default Judgment against Joseph E. Woodard, Individually and as general partner of Grand Oak Farms ("Joe Woodard") and Grand Oak Farms partnership ("Grand Oak Farms") (hereinafter collectively referred to as "Defendants"), pursuant to Rule 55 of the *Federal Rules of Civil Procedure*, and in support thereof would show unto the Court the following, to-wit:

    1.    This action was filed by the Plaintiff on June 29, 2023, seeking recovery of $484,134.88, plus pre- and post-judgment interest, attorneys' fees and court costs, owed by Defendants on open account.

    2.    The Defendants were duly served with a Summons and a copy of the Amended Complaint in this action on July 19, 2023, as evidenced by the Proof of Service - Summons on file in the Court file, a copy of which is attached hereto and incorporated herein by reference as Exhibit "1."

    3.    More than thirty (30) days have elapsed since the date on which the Summons and Amended Complaint were served on the Defendants.

40036647v1

4.  The Defendants have neither filed an answer nor otherwise pled or defended as to the Amended Complaint or served a copy of any answer or other defenses that they might have on Nutrien's counsel of record.

5.  On or about August 29, 2023, the Plaintiff applied to the clerk of this Court for entry of default and submitted a supporting affidavit to the clerk.

6.  The Clerk of this Court entered a default judgment against the Defendants on August 29, 2023, a copy of which is attached hereto and incorporated herein by reference as Exhibit "2."

7.  The Defendants have taken no action in this matter since entry of the default.

8.  From time to time, Nutrien sold goods on open account to Grand Oak Farms for its farming business enterprise. On or about February 25, 2021, Joe Woodard executed a "Credit Application - Credit Agreement" ("Credit Agreement") on behalf of Grand Oak Farms to induce Nutrien to provide it services, sell and/or deliver merchandise to same on credit. Additionally, on or about February 25, 2021, Tom Woodard, Joseph Woodard's father, executed a "Terms Exception Agreement" on behalf of Grand Oak Farms. In conjunction with and part of the Credit Agreement, Joe Woodard personally guaranteed the payment of any and all indebtedness owed by Grand Oak Farms to the Plaintiff ("Guaranty"). Thus, in addition to Grand Oaks, Joseph Woodard is jointly and severally liable to the Plaintiff for all sums due Nutrien for open account sales pursuant to, <u>inter alia</u>, the terms and conditions of the referenced agreements. As of February 28, 2023, the outstanding open account balance due the Plaintiff was $481,226.28 and thereafter continued to accrue interest, fees and costs as permitted by the applicable Credit Application, as well as state and/or federal law ("Indebtedness"). Copies of the Credit Agreement, which incorporates the Guaranty and separate Account History (collectively

"Account Documents") are attached to and incorporated by reference as Collective Exhibit "A" to the Amended Complaint.

9. The Defendants defaulted under the terms and conditions of the Account Documents as set forth in the Amended Complaint.

10. On or about February 15, 2023, counsel for Plaintiff sent Defendants demand letters, via certified and regular mail, requesting payment in full of an aggregate amount then due Nutrien on two (2) accounts, or $481,226.28 as of January 31, 2023, plus accruing default rate of interest and permitted fees and costs ("Demand Letter").  A copy of the Demand Letter is attached to and incorporated by reference as Exhibit "B" to the Amended Complaint.

11. However, the Defendants nevertheless failed and refused to pay the Indebtedness despite the Plaintiff's notice of default.

12. In response, Nutrien elected to seek a monetary judgment against the Defendants for the unpaid Indebtedness and any amounts otherwise owed under the Account Documents by filing its Complaint in the referenced matter.

13. As of the February 28, 2023, the Defendants owed Nutrien $484,134.88 representing the open account balance due, but excluding future interest, attorney's fees and costs.  See Affidavit of Wendy Glass attached to and incorporated by reference as Exhibit "C" to the Amended Complaint.

14. Nutrien asserts that the Indebtedness as evidenced by the Account Documents should continue to accrue interest at the per annum rate of 8%.  Id.

15. The Defendants further agreed to pay the attorneys' fees and expenses of Nutrien in the event that the Account Documents are placed in the hands of an attorney for collection.

16. The Defendants are obligated to pay Nutrien the accelerated amount due under the Account Documents, plus interest on the Indebtedness as well as all attorneys' fees and costs incurred by Nutrien in collecting said indebtedness. Id.

WHEREFORE, Nutrien moves the Court to enter a default judgment, jointly and severally, against the Defendants, Joseph Edward Woodard, individually and as general partner of Grand Oak Farms, and Grand Oak Farms partnership as follows:

1. The Defendants are indebted to Plaintiff pursuant to the Account Documents attached as Exhibit "A" to the Amended Complaint filed in this case; and

2. Plaintiff shall have and does hold a Judgment against Joseph Edward Woodard and Grand Oak Farms, jointly and severally, in the amount of $484,134.88 as of February 28, 2023, plus pre-judgment interest at the rate of 8% per annum accruing from March 1, 2023 to date of entry of this judgment, as well as attorneys' fees and costs and expenses.

3. An award to the Plaintiff of reasonable attorneys' fees in the sum of $5,991.00 and expenses in the sum of $1,038.49, for a total of $7,029.49, pursuant to the terms of the Account Documents described in the Amended Complaint and as otherwise provided for by state and/or federal law, as well as that set forth in the affidavit of D. Andrew Phillips attached hereto as Exhibit "3."

THIS, the 11th day of October, 2023.

/s/ D. Andrew Phillips
D. ANDREW PHILLIPS
Attorney for Plaintiff (MB #8509)

OF COUNSEL:

MITCHELL, MCNUTT & SAMS, P.A.
P.O. BOX 947
OXFORD, MS 38655
(662) 234-4845
aphillips@mitchellmcnutt.com

40036647v1

**CERTIFICATE OF SERVICE**

I, D. Andrew Phillips, attorney for the Plaintiff, do hereby certify that I have this day served a true and correct copy of the above and foregoing Motion for Default Judgment by placing said copy in the United States Mail, postage prepaid, addressed to the following:

> Joseph E. Woodard
> Grand Oak Farms
> 1476 Grand Oak Road
> Yazoo City, MS  39194
> *Defendants*

This, the 11th day of October, 2023.

/s/ D. Andrew Phillips
D. ANDREW PHILLIPS

40036647v1