**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION (JACKSON)**

**NUTRIEN AG SOLUTIONS, INC.**                                             **PLAINTIFF**

**V.**                                                    **CASE NO. 3:23-CV-180-TSL-RPM**

**JOSEPH E. WOODARD, Individually and as**
**Partner of GRAND OAK FARMS, Partnership**
**And GRAND OAK FARMS**                                             **DEFENDANTS**

## DEFAULT AND FINAL JUDGMENT

On consideration before this Court is the Motion of the Plaintiff, Nutrien Ag Solutions, Inc. ("Plaintiff") for a default judgement pursuant to Rule 55 of the *Federal Rules of Civil Procedure* ("Motion") against the defendants, Joseph E. Woodard, Individually and as general partner of Grand Oak Farms ("Joe Woodard") and Grand Oak Farms partnership ("Grand Oak Farms") (hereinafter collectively referred to as "Defendants"), jointly and severally; this Court having jurisdiction over the same and venue being proper, and the Defendants having been duly served with a Summons and Amended Complaint and not being an infant or unrepresented, incompetent person and having failed to plead or otherwise defend, and default having been duly entered and the Defendants having taken no proceeding since that default was entered, the Court finds that the Plaintiff is entitled to a default judgment against the Defendants.  It is therefore,

ORDERED AND ADJUDGED that default judgment is hereby entered in favor of Plaintiff and against the Defendants, Joseph Edward Woodard, individually and as partner of Grand Oak Farms, and Grand Oak Farms, general partnership, and Plaintiff shall have and recover the principal sum of $484,134.88 against the Defendants with pre-judgment interest to accrue at the rate of 8% from March 1, 2023 to the date of entry of this judgment, and post-judgment interest at the rate of 8% per annum from and after the date of entry of this judgment

until paid in full, plus attorneys' fees in the sum of $5,991.00 and expenses and court costs in the

sum of $1,038.49 for a total judgment amount of $491,164.37 (exclusive of interest from and

after March 1, 2023, with interest to accrue only on the principal amount of this Judgment), for

all of which let execution issue.

ORDERED AND ADJUDGED, this the 13th day of October, 2023.


_/s/ Tom S. Lee_____
U.S. DISTRICT COURT JUDGE


Submitted by:

/s/ D. Andrew Phillips
D. Andrew Phillips (MS Bar #8509)
Mitchell, McNutt & Sams, P.A.
P.O. Box 947
Oxford, MS  38655
662-234-4845
aphillips@mitchellmcnutt.com